

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN ODOM,

Plaintiff,

-v-

No. 99 Civ. 10668 (RJS)
ORDER

GREGORY T. KERNS, *et al.*,

Defendants.

RICHARD J. SULLIVAN, District Judge:

Before the Court is the attached letter dated March 8, 2009, which was received in my chambers on May 14, 2009.[1] The top of the letter states: "I need four (4) federal subpoenas with a seal to be able to obtain my medical records." Plaintiff has neither articulated the purpose of the request, nor explained why the sought-after records are relevant to his claims in this matter. Moreover, discovery is closed, and Defendants' motion for summary judgment is currently pending before the Court. Accordingly, Plaintiff's request is denied.

SO ORDERED.

DATED:      May 15, 2009
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

---

[1] The date on the letter appears to be an error, as the attachments to Plaintiff's submission are all dated in May 2009.

Copies of this Order have been mailed to:

Jonathan Odom
92-T-0387
Clinton Correctional Facility
PO Box 2001
Dannemora, NY 12929

Jonathan Odom
92-T-0387
Albany Medical Center
43 New Scotland Avenue
Albany, New York 12208

Michael J. Keane
Office of The Attorney General
120 Broadway
New York, New York 10271

#92T0387
Albany Medical Center
43 New Scotland Avenue
Albany, NY 12208

MAY - 4 2009

Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

March 8, 2009

Re: Odom v. Krans, et al,
    99 Civ. 10668 (RJS)(MHD)

Dear Judge Sullivan,

> I need four (4) federal subpoenas with a
> Seal to be able to obtain my medical records

   I am writing this letter in regards to the catch-22 position I am in, by being unable to communicate with the court system since March 26, 2009. After being admitted into a outside medical hospital at Plattsburghs, New York.

   And now all the Medical Doctors are being informed that they are now allow to write letters for patients regarding how they are being denied meaningful access to the court system...while being a patient in Albany County Medical Center. Your honor, I am now being told by the medical doctors, that they are unable to write letters to the Court regarding this catch 22 situation.

   And every since March 26, 2009, the Department of Correctional Services security staff has been repeatedly interferring, obstructing and infringing with my access to the court system so much your honor, that I am going to need the court to issue me at least three federal subpoenas to obtain this information. A Security Security is trying to tell me that the Attorney General's Office, is handling everything, but allege that all the mail which I give to security or medical personnels are not being mailed to its destination.

   Now said Correction Sergeant alleges that all mail I give medical or security addressed to the Courts are forward to my correctional facility, in other words not being forward to the Courts or to opposite parties for so reason or another.

cc: Michael J. Keane
    Assistant Attorney General
    120 Broadway
    New York, New York 10271

Jonathan Odom 92T0387
Plaintiff Pro Se
Albany Medical Center
43 New Scotland Avenue, Albany, NY 12208